IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Gonzalez-Perez,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant. | No. CV 05-3813 PHX NVW (MEA)<br><br>**ORDER** |

Before the court is Plaintiff's *pro se* Civil Rights Complaint by a Prisoner pursuant to 42 U.S.C. § 1983 (doc. # 1). On April 24, 2006, United States Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R & R") (doc. # 7) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommends that the complaint be dismissed. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Aspey (doc. # 7).

IT IS FURTHER ORDERED that Plaintiff's *pro se* Civil Rights Complaint by a Prisoner pursuant to 42 U.S.C. § 1983 (doc. # 1) is dismissed without prejudice pursuant to Rules 4(m) and 41(b), Federal Rules of Civil Procedure, for failure to prosecute.

1    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
2 accordingly and terminate this action.
3    DATED this 15th day of May 2006.

```
                              _____
                                      Neil V. Wake
                                United States District Judge
```